FOR THE UNITED STATES DISTRICT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MOUNTAIN PRODUCTIONS, INC., | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO.:  3:21-cv-00181-MEM |
| USI INSURANCE SERVICES, LLC;<br>ERIN SHULL, Individually and as Agent of<br>USI Insurance Services, LLC; and<br>ESTATE OF STEPHEN CICAK | |
| Defendants. | |

### STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Mountain Productions, Inc. and Defendants USI Insurance Services, LLC and Erin Shull, as evidenced by the signatures below, that any and all claims by and between Plaintiff Mountain Productions, Inc. and Defendants USI Insurance Services, LLC, Erin Shull, and the Estate of Stephen Cicak are hereby dismissed with prejudice.

27828131v.1

| | |
|---|---|
| **PUGLIESE, FINNEGAN, SHAFFER & FERENTINO, LLC**<br>Attorneys for Plaintiff,<br>Mountain Productions, Inc. | **WHITE AND WILLIAMS LLP**<br>Attorneys for Defendants,<br>USI Insurance Services, LLC and Erin Shull |
| By: _____<br>Jarrett J. Ferentino, Esquire | By: _____<br>Christopher P. Leise, Esquire |
| Date: 10-6-2021 | Date: 10-6-2021 |